**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IRVIN WALLACE,**

                    **Plaintiff,**

**v.**                                                          **Case No:  6:14-cv-173-Orl-36TBS**

**TRAFFIC CONTROL DEVICES, INC.,**

                    **Defendant.**

_____

**<u>ORDER</u>**

This cause comes before the Court on the Report and Recommendation of Magistrate Judge Thomas B. Smith, filed on April 29, 2014.  Doc. 16.  In the Report and Recommendation, the Magistrate Judge recommends that the Court grant the parties' Joint Motion and Memorandum of Law Requesting Approval of Settlement and Entry of Order of Dismissal (Doc. 13).  *Id.*  On April 30, 2014, the parties filed a Joint Notice of No Objection to the Report and Recommendation. Doc. 17.

After careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.  The Court agrees that since Plaintiff Irvin Wallace has not compromised the amount of his claim, the typical Fair Labor Standards Act ("FLSA") review pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1354–55 (11th Cir. 1982) is not required as full compensation is "fair and reasonable" on its face.  The Court also agrees with the Magistrate Judge that Paragraph 8 of the parties' settlement agreement, stating that the Court should retain

jurisdiction to enforce the terms of the agreement, should be stricken.  Additionally, the Court will approve counsel's legal fees.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1.    The Report and Recommendation of the Magistrate Judge (Doc. 16) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

2.    The Joint Motion and Memorandum of Law Requesting Approval of Settlement and Entry of Order of Dismissal (Doc. 13) is **GRANTED in part and DENIED in part**.  Paragraph 8 of the Settlement Agreement is severed and **STRICKEN.**  The Settlement Agreement is approved, excluding Paragraph 8.

3.    This case is **DISMISSED with prejudice**.  The Court declines to retain jurisdiction over this case.

4.    The Clerk is **DIRECTED** to terminate all deadlines and close this case.

**DONE** and **ORDERED** in Orlando, Florida on May 5, 2014.

Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties
U.S. Magistrate Judge Thomas B. Smith